**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAMES FISHER,

                Plaintiff,

vs.                                      Case No. 3:11-cv-47-J-99TJC-JRK

JAMES D. GRIFFIS,

                Defendant.

_____

## ORDER

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).  The Magistrate Judge issued a Report and Recommendation recommending that plaintiff's complaint be dismissed (Doc.5).   No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 5), it is hereby

**ORDERED**:

1.    The Report and Recommendation (Doc. 5) of the Magistrate Judge is **ADOPTED** in full as the opinion of the Court.

2.    Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3.    This case is dismissed without prejudice.  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of March, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable James R. Klindt
United States Magistrate Judge

pro se plaintiff